_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-01449-JLS-JDE                    Date: April 20, 2022
Title:  Eljon Lako v. Loandepot, Inc. et al

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Elsa Vargas for Melissa Kunig | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:

Not Present                                        Not Present

**PROCEEDINGS:    (IN CHAMBERS) ORDER CONTINUING HEARING ON MOTIONS TO CONSOLIDATE, APPOINT LEAD PLAINTIFF, AND APPOINT LEAD COUNSEL (Docs. 37, 38, 42)**

The hearing on these motions is continued from Friday, April 22, 2022 at 10:30 a.m. to **Tuesday, April 26, 2022 at 10:00 a.m.**

Initials of Deputy Clerk:  eva/mku

_____

**CIVIL MINUTES – GENERAL**                                                                    **1**