1  CRAIG VARNEN, SBN 172603
       CVarnen@gibsondunn.com
2  ALEXANDER K. MIRCHEFF, SBN 245074
       AMircheff@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, California 90071-3197
   Telephone: 213.229.7000
5  Facsimile: 213.229.7520

6  MICHAEL J. KAHN, SBN 303289
       MJKahn@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
8  San Francisco, California 94105-0921
   Telephone: 415.393.8200
9  Facsimile: 415.393.8306

10 *Attorneys for Defendants*
   *LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK*
11 *FLANAGAN; NICOLE CARRILLO; ANDREW C.*
   *DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; and*
12 *DAWN LEPORE*

13 *(Attorneys continued on next page)*

14              IN THE UNITED STATES DISTRICT COURT

15              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  ARTHUR GARY LAFRANO and ADAM DOBAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 8:21-cv-01449-JLS-JDE |
| 18            Plaintiffs, | **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| 19       v. | |
| 20  LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK FLANAGAN; NICOLE CARRILLO; ANDREW C. DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; DAWN LEPORE; GOLDMAN SACHS & CO. LLC; BOFA SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; MORGAN STANLEY & CO. LLC; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS INC.; JEFFERIES LLC; UBS SECURITIES LLC; WILLIAM BLAIR & COMPANY, L.L.C.; JMP SECURITIES LLC; PIPER SANDLER & CO.; RAYMOND JAMES & ASSOCIATES, | Date:   December 16, 2022<br>Time:   10:30 a.m.<br>Ctrm:   8A<br>Judge:  Josephine L. Staton |

Gibson, Dunn & Crutcher LLP

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 8:21-CV-01449-JLS-JDE

INC.; NOMURA SECURITIES INTERNATIONAL, INC.; and AMERIVET SECURITIES, INC.,

Defendants.

JAMES N. KRAMER, SBN 154709
  jkramer@orrick.com
ALEXANDER K. TALARIDES, SBN 268068
  atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:   415.773.5700
Facsimile:   415.773.5759

KEVIN M. ASKEW, SBN 238866
  kaskew@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017-5855
Telephone:   213.629.2020
Facsimile:   213.612.2499

JENNIFER KEIGHLEY, New York SBN 4982187
(*Pro Hac Vice*)
  jkeighley@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone:   212.506.5000
Facsimile:   212.506.5151

*Attorneys for the Underwriter Defendants*

2
NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 8:21-CV-01449-JLS-JDE

Gibson, Dunn & Crutcher LLP

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 16, 2022, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8A, First Street U.S. Courthouse, 350 West 1st St., Los Angeles, CA 90012, before the Honorable Josephine L. Staton, Defendants, by and through their counsel of record, will and hereby do move the Court to enter an order dismissing Plaintiffs' Amended Consolidated Class Action Complaint ("CAC") for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Sections 11 and 15 of the Securities Act of 1933 ("Securities Act").

Plaintiffs' claim under Section 10(b) of the Exchange Act should be dismissed for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6), Rule 9(b), and the Private Securities Litigation Reform Act of 1995 ("PSLRA") because Plaintiffs fail to plead falsity, scienter, or loss causation.  Plaintiffs' claim under Section 11 of the Securities Act should be dismissed for failure to state a claim pursuant to Rule 12(b)(6) and Rule 9(b) because Plaintiffs fail to plead falsity.  Plaintiffs' claims under Section 20(a) of the Exchange Act and Section 15 of the Securities Act should be dismissed for failure to plead a primary violation of the securities laws.  Finally, the Court should strike certain allegations from the CAC pursuant to Rule 12(f).

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Alexander K. Mircheff and accompanying exhibits, the Request for Judicial Notice, the complete files and records in this action, and any additional material and argument submitted in connection with this motion.

Defendants make this motion following a conference with Plaintiffs' counsel pursuant to L.R. 7-3, which took place on August 10, 2022.

Gibson, Dunn & Crutcher LLP

3

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 8:21-CV-01449-JLS-JDE

| | | |
|---|---|---|
| Dated: August 24, 2022 | | Respectfully submitted, |
| | | GIBSON, DUNN & CRUTCHER LLP |
| | | By: */s/ Craig Varnen* |
| | | Craig Varnen |
| | | Alexander K. Mircheff |
| | | Michael J. Kahn |
| | | *Attorneys for Defendants LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK FLANAGAN; NICOLE CARRILLO; ANDREW C. DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; and DAWN LEPORE* |
| Dated: August 24, 2022 | | ORRICK, HERRINGTON & SUTCLIFF LLP |
| | | By: */s/ Alexander K. Talarides* |
| | | James N. Kramer |
| | | Alexander K. Talarides |
| | | Kevin M. Askew |
| | | Jennifer Keighley (*Pro Hac Vice*) |
| | | *Attorneys for the Underwriter Defendants* |

4

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 8:21-CV-01449-JLS-JDE

Gibson, Dunn & Crutcher LLP

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 24th day of August, 2022, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

/s/     *Craig Varnen*

Gibson, Dunn & Crutcher LLP

5

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 8:21-CV-01449-JLS-JDE