1  CRAIG VARNEN, SBN 172603
     CVarnen@gibsondunn.com
2  ALEXANDER K. MIRCHEFF, SBN 245074
     AMircheff@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, California  90071
   Telephone:  213.229.7000
5  Facsimile:   213.229.7520

6  MICHAEL J. KAHN, SBN 303289
     MJKahn@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street
8  Suite 3000
   San Francisco, California  94105-0921
9  Telephone:  415.393.8200
   Facsimile:   415.393.8306
10
   *Attorneys for Defendants*
11 *LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK*
   *FLANAGAN; NICOLE CARRILLO; ANDREW C.*
12 *DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; and*
   *DAWN LEPORE*
13
   *(Attorneys continued on next page)*
14

15                 IN THE UNITED STATES DISTRICT COURT

16                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  ARTHUR GARY LAFRANO and ADAM DOBAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 8:21-cv-01449-JLS-JDE |
| 19          Plaintiffs, | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |
| 20      v. | |
| 21  LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK FLANAGAN; NICOLE CARRILLO; ANDREW C. DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; DAWN LEPORE; GOLDMAN SACHS & CO. LLC; BOFA SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; MORGAN STANLEY & CO. LLC; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS INC.; JEFFERIES LLC; UBS SECURITIES LLC; WILLIAM BLAIR & COMPANY, L.L.C.; JMP SECURITIES LLC; PIPER SANDLER & CO.; | |

| | |
|---|---|
| 1 | RAYMOND JAMES & ASSOCIATES, INC.; NOMURA SECURITIES |
| 2 | INTERNATIONAL, INC.; and AMERIVET SECURITIES, INC., |
| 3 | |
| 4 | Defendants. |

JAMES N. KRAMER, SBN 154709
   jkramer@orrick.com
ALEXANDER K. TALARIDES, SBN 268068
   atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  415.773.5700
Facsimile:   415.773.5759

KEVIN M. ASKEW, SBN 238866
   kaskew@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, California 90071
Telephone:  213.629.2020
Facsimile:   213.612.2499

JENNIFER KEIGHLEY, New York SBN 4982187
(*Pro Hac Vice*)
   jkeighley@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone:  212.506.5000
Facsimile:   212.506.5151

*Attorneys for the Underwriter Defendants*

WHEREAS, on January 26, 2023, the Court issued an order setting a scheduling conference for March 10, 2023, at 10:30 a.m., and requiring the parties to meet and confer and submit a Joint Rule 26(f) Report 14 days in advance of the scheduling conference (ECF No. 83);

WHEREAS, lead counsel for loanDepot and the Individual Defendants have an unavoidable, pre-existing conflict on March 10, 2023; and

WHEREAS, the parties have met and conferred and agreed to request that the Court continue the scheduling conference to April 14, 2023, at 10:30 a.m., or such other date and time convenient to the Court.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, by and through their counsel, and subject to the approval of the Court, that:

1. The scheduling conference set for March 10, 2023, shall be vacated and shall be re-set for April 14, 2023, at 10:30 a.m., or such other date and time convenient to the court; and

2. The parties shall file a Joint Rule 26(f) Report on or by March 31, 2023.

DATED: February 6, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Craig Varnen
    Craig Varnen
    Alexander K. Mircheff
    Michael J. Kahn

*Attorneys for Defendants LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK FLANAGAN; NICOLE CARRILLO; ANDREW C. DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; and DAWN LEPORE*

| | | |
|---|---|---|
| 1 | DATED:  February 6, 2023 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By:  /s/ James N. Kramer |
| 4 | | James N. Kramer<br>Alexander K. Talarides |
| 5 | | Kevin M. Askew<br>Jennifer Keighley (*Pro Hac Vice*) |
| 6 | | *Attorneys for the Underwriter Defendants* |
| 7 | | **Pursuant to Civ. L.R. 5-4.3.4, the electronic filer obtained approval from this signatory. |
| 8 | | |
| 9 | | |
| 10 | DATED:  February 6, 2023 | POMERANTZ LLP |
| 11 | | |
| 12 | | By:  /s/ Jonathan D. Park |
| 13 | | Jeremy A. Lieberman<br>Jonathan D. Park<br>Jennifer Pafiti |
| 14 | | |
| 15 | | *Attorneys for Lead Plaintiff Arthur Gary LaFrano, Additional Plaintiff Adam Doban, and Lead Counsel for the Putative Class* |
| 16 | | |
| 17 | | **Pursuant to Civ. L.R. 5-4.3.4, the electronic filer obtained approval from this signatory. |
| 18 | | |

Gibson, Dunn & Crutcher LLP

2