**DENIED**

BY ORDER OF THE COURT

> The parties are directed to file their Joint Rule 26(f) Report two weeks in advance of the currently-scheduled Scheduling Conference. Most cases do not require a hearing, and the Court sets a schedule based on the parties' Rule 26(f) Report. The Court will vacate or continue the Scheduling Conference after reviewing the Rule 26(f) Report.

F I L E D
CLERK, U.S. DISTRICT COURT

February 9, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VRV_____ DEPUTY

Date: February 9, 2023    JOSEPHINE L. STATON
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GARY LAFRANO and ADAM DOBAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK FLANAGAN; NICOLE CARRILLO; ANDREW C. DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; DAWN LEPORE; GOLDMAN SACHS & CO. LLC; BOFA SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; MORGAN STANLEY & CO. LLC; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS INC.; JEFFERIES LLC; UBS SECURITIES LLC; WILLIAM BLAIR & COMPANY, L.L.C.; JMP SECURITIES LLC; PIPER SANDLER & CO.; RAYMOND JAMES & ASSOCIATES, INC.; NOMURA SECURITIES INTERNATIONAL, INC.; and AMERIVET SECURITIES, INC.,<br><br>Defendants. | Case No. 8:21-cv-01449-JLS-JDE<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

On February 6, 2023, Lead Plaintiff and Defendants filed a Stipulation to Continue the Scheduling Conference (the "Stipulation"). Having reviewed and considered the Stipulation, and finding good cause, **IT IS HEREBY ORDERED** that:

1. The scheduling conference set for March 10, 2023, shall be vacated and shall be re-set for April 14, 2023, at 10:30 a.m.; and
2. The parties shall file a Joint Rule 26(f) Report on or by March 31, 2023.

**IT IS SO ORDERED.**

DATED:_____   _____
                                    Hon. Josephine L. Staton
                                    United States District Judge