CRAIG VARNEN, SBN 172603
  CVarnen@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074
  AMircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071
Telephone:  213.229.7000
Facsimile:   213.229.7520

MICHAEL J. KAHN, SBN 303289
  MJKahn@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California  94105-0921
Telephone:  415.393.8200
Facsimile:   415.393.8306

*Attorneys for Defendants*
LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK FLANAGAN; NICOLE CARRILLO; ANDREW C. DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; and DAWN LEPORE

*(Attorneys continued on next page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GARY LAFRANO and ADAM DOBAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK FLANAGAN; NICOLE CARRILLO; ANDREW C. DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; DAWN LEPORE; GOLDMAN SACHS & CO. LLC; BOFA SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; MORGAN STANLEY & CO. LLC; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS INC.; JEFFERIES LLC; UBS SECURITIES LLC; WILLIAM BLAIR & COMPANY, L.L.C.; JMP SECURITIES LLC; PIPER SANDLER & CO.; RAYMOND JAMES & ASSOCIATES, | Case No. 8:21-cv-01449-JLS-JDE <br><br> **JOINT STATUS REPORT REGARDING ADR PROCEDURE** |

1 | INC.; NOMURA SECURITIES INTERNATIONAL, INC.; and
2 | AMERIVET SECURITIES, INC.,
3 |     Defendants.
4 |
5 | JAMES N. KRAMER, SBN 154709
 jkramer@orrick.com
6 | ALEXANDER K. TALARIDES, SBN 268068
 atalarides@orrick.com
7 | ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
8 | San Francisco, California 94105
Telephone: 415.773.5700
9 | Facsimile: 415.773.5759
10 | KEVIN M. ASKEW, SBN 238866
 kaskew@orrick.com
11 | ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
12 | Los Angeles, California 90071
Telephone: 213.629.2020
13 | Facsimile: 213.612.2499
14 | JENNIFER KEIGHLEY, New York SBN 4982187
(*Pro Hac Vice*)
15 |  jkeighley@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
16 | 51 West 52nd Street
New York, New York 10019
17 | Telephone: 212.506.5000
Facsimile: 212.506.5151
18 |
19 | *Attorneys for the Underwriter Defendants*

Gibson, Dunn &
Crutcher LLP

## JOINT STATUS REPORT REGARDING ADR PROCEDURE

Co-Lead Plaintiffs Arthur Gary LaFrano and Adam Doban and Defendants loanDepot, Inc., Anthony Hsieh, Patrick Flanagan, Nicole Carrillo, Andrew C. Dodson, John C. Dorman, Brian P. Golson, Dawn Lepore, Goldman Sachs & Co. LLC, BofA Securities, Inc., Credit Suisse Securities (USA) LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., Citigroup Global Markets Inc., Jefferies LLC, UBS Securities LLC, William Blair & Company, L.L.C., JMP Securities LLC, Piper Sandler & Co., Raymond James & Associates, Inc., Nomura Securities International, Inc., and AmeriVet Securities, Inc. (collectively, the "Parties") hereby submit this Joint Status Report Regarding ADR Procedure, pursuant to this Court's March 7, 2023, Order/Referral to ADR (Dkt. 96) (the "Order").

In the Order, the Court referred this action to ADR Procedure No. 3, private mediation, and directed the Parties to file a joint report no later than seven (7) days after the ADR proceeding regarding the progress of settlement discussions. The Parties engaged in a mediation before Jed Melnick on May 4, 2023, and continued to engage in settlement discussions involving the mediator through June 2, 2023. While progress was made, settlement discussions ceased as of June 2 without a resolution to this matter.

DATED: June 9, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Craig Varnen*
    Craig Varnen
    Alexander K. Mircheff
    Michael J. Kahn

*Attorneys for Defendants LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK FLANAGAN; NICOLE CARRILLO; ANDREW C. DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; and DAWN LEPORE*

DATED: June 9, 2023

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Jennifer Keighley*\*\*
James N. Kramer
Alexander K. Talarides
Kevin M. Askew
Jennifer Keighley (*Pro Hac Vice*)

*Attorneys for the Underwriter Defendants*

\*\*Pursuant to Civ. L.R. 5-4.3.4, the electronic filer obtained approval from this signatory.

DATED: June 9, 2023

POMERANTZ LLP

By: /s/ *Jonathan D. Park*\*\*
Jeremy A. Lieberman
Jonathan D. Park
Jennifer Pafiti

*Attorneys for Lead Plaintiff Arthur Gary LaFrano, Additional Plaintiff Adam Doban, and Lead Counsel for the Putative Class*

\*\*Pursuant to Civ. L.R. 5-4.3.4, the electronic filer obtained approval from this signatory.