| | |
|---|---|
| 1 | CRAIG VARNEN, SBN 172603 |
|   |    CVarnen@gibsondunn.com |
| 2 | ALEXANDER K. MIRCHEFF, SBN 245074 |
|   |    AMircheff@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
|   | 333 South Grand Avenue |
| 4 | Los Angeles, California 90071 |
|   | Telephone: 213.229.7000 |
| 5 | Facsimile: 213.229.7520 |
| 6 | MICHAEL J. KAHN, SBN 303289 |
|   |    MJKahn@gibsondunn.com |
| 7 | GIBSON, DUNN & CRUTCHER LLP |
|   | 555 Mission Street, Suite 3000 |
| 8 | San Francisco, California 94105-0921 |
|   | Telephone: 415.393.8200 |
| 9 | Facsimile: 415.393.8306 |

*Attorneys for Defendants*
LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK FLANAGAN; NICOLE CARRILLO; ANDREW C. DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; and DAWN LEPORE

*(Attorneys continued on next page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ARTHUR GARY LAFRANO and ADAM DOBAN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK FLANAGAN; NICOLE CARRILLO; ANDREW C. DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; DAWN LEPORE; GOLDMAN SACHS & CO. LLC; BOFA SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; MORGAN STANLEY & CO. LLC; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS INC.; JEFFERIES LLC; UBS SECURITIES LLC; WILLIAM BLAIR & COMPANY, L.L.C.; JMP SECURITIES LLC; PIPER SANDLER & CO.; RAYMOND JAMES & ASSOCIATES,

Case No. 8:21-cv-01449-JLS-JDE

**JOINT STIPULATION TO STAY PROCEEDINGS AND VACATE HEARINGS PENDING SETTLEMENT APPROVAL**

| | |
|---|---|
| 1 | INC.; NOMURA SECURITIES INTERNATIONAL, INC.; and |
| 2 | AMERIVET SECURITIES, INC., |
| 3 | Defendants. |
| 4 | |

JAMES N. KRAMER, SBN 154709
  jkramer@orrick.com
ALEXANDER K. TALARIDES, SBN 268068
  atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  415.773.5700
Facsimile:   415.773.5759

KEVIN M. ASKEW, SBN 238866
  kaskew@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, California 90071
Telephone:  213.629.2020
Facsimile:   213.612.2499

JENNIFER KEIGHLEY, New York SBN 4982187
(*Pro Hac Vice*)
  jkeighley@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone:  212.506.5000
Facsimile:   212.506.5151

*Attorneys for the Underwriter Defendants*

1  Lead Plaintiff Arthur Gary LaFrano and Additional Plaintiff Adam Doban
2  (collectively, "Plaintiffs"), and Defendants loanDepot, Inc. ("loanDepot" or the
3  "Company"); Anthony Hsieh, Patrick Flanagan, Nicole Carrillo, Andrew C. Dodson,
4  John C. Dorman, Brian P. Golson, Dawn Lepore (the "Individual Defendants," and
5  together with loanDepot, the "loanDepot Defendants"); and Goldman Sachs & Co.
6  LLC, BofA Securities, Inc., Credit Suisse Securities (USA) LLC, Morgan Stanley &
7  Co. LLC, Barclays Capital Inc., Citigroup Global Markets Inc., Jefferies LLC, UBS
8  Securities LLC, William Blair & Company, L.L.C., JMP Securities LLC, Piper
9  Sandler & Co., Raymond James & Associates, Inc., Nomura Securities International,
10 Inc., and AmeriVet Securities, Inc. (the "Underwriter Defendants," and together with
11 the loanDepot Defendants, the "Defendants"; and Defendants together with Plaintiffs,
12 the "Parties"), by and through the undersigned counsel, hereby respectfully inform the
13 Court that they have entered into an agreement in principle to settle the above-
14 captioned action, and, subject to the approval of the Court, stipulate as follows:

WHEREAS, on June 26, 2023, the Parties reached an agreement in principle to settle this action;

WHEREAS, the Parties are in the process of memorializing their agreement in a comprehensive written settlement agreement;

WHEREAS, Plaintiffs intend to file a motion for preliminary approval of the settlement following execution of the settlement agreement;

WHEREAS, the Parties have met and conferred and agree that it would serve the interests of efficiency and conserve resources to stay all proceedings in this matter, including all discovery and case deadlines, and vacate all hearings currently on calendar, pending finalization of the settlement documentation and the Court's ruling(s) on Plaintiffs' forthcoming motion(s) regarding approval of the settlement.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, pursuant to Civil L.R. 7-1 and 16-15.7, by and through their counsel, and subject to the approval of the Court, that:

1. All proceedings in this action, including all discovery and case deadlines, shall be stayed, with the sole exception of proceedings necessary to effectuate the settlement of this action.

2. All hearings currently on calendar shall be vacated.

3. On or by July 26, 2023, Plaintiffs will file a motion for preliminary approval of settlement.

DATED: June 26, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Craig Varnen
   Craig Varnen
   Alexander K. Mircheff
   Michael J. Kahn

*Attorneys for Defendants LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK FLANAGAN; NICOLE CARRILLO; ANDREW C. DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; and DAWN LEPORE*

DATED: June 26, 2023

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ James N. Kramer
   James N. Kramer
   Alexander K. Talarides
   Kevin M. Askew
   Jennifer Keighley (*Pro Hac Vice*)

*Attorneys for the Underwriter Defendants*

\*\*Pursuant to Civ. L.R. 5-4.3.4, the electronic filer obtained approval from this signatory.

| | | |
|---|---|---|
| 1 | DATED:  June 26, 2023 | POMERANTZ LLP |
| 2 | | |
| 3 | | By: /s/ Jonathan D. Park |
| | | Jeremy A. Lieberman |
| 4 | | Jonathan D. Park |
| | | Jennifer Pafiti |
| 5 | | |
| 6 | | *Attorneys for Lead Plaintiff Arthur Gary LaFrano and Additional Plaintiff Adam Doban* |
| 7 | | |
| 8 | | **Pursuant to Civ. L.R. 5-4.3.4, the electronic filer obtained approval from this signatory. |

Gibson, Dunn &
Crutcher LLP