UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GARY LAFRANO and ADAM DOBAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK FLANAGAN; NICOLE CARRILLO; ANDREW C. DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; DAWN LEPORE; GOLDMAN SACHS & CO. LLC; BOFA SEURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; MORGAN STANLEY & CO. LLC; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS INC.; JEFFERIES LLC; UBS SECURITIES LLC; WILLIAM BLAIR & COMPANY, L.L.C.; JMP SECURITIES LLC; PIPER SANDLER & CO.; RAYMOND JAMES & ASSOCIATES, INC.; NOMURA SECURITIES INTERNATIONAL, INC.; and AMERIVET SECURITIES, INC.,<br><br>Defendants. | Case No. 8:21-cv-01449-JLS-JDE<br><br>**ORDER GRANTING STIPULATION TO STAY PROCEEDINGS AND VACATE HEARINGS PENDING SETTLEMENT APPROVAL (DOC. 106)** |

Pursuant to the Parties' stipulation, and for good cause shown:

1. All proceedings in this action, including all discovery and case deadlines, shall be stayed.

2. All hearings currently on calendar shall be vacated.

3. On or by July 26, 2023, Plaintiffs will file a motion for preliminary approval of settlement.

**IT IS SO ORDERED.**

DATED: July 9, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE