POMERANTZ LLP
Jennifer Pafiti (SBN 282890)
jpafiti@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190

*Counsel for Lead Plaintiff Arthur Gary LaFrano,
Additional Plaintiff Adam Doban, and
Lead Counsel for the Class*

[additional counsel on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GARY LAFRANO and ADAM DOBAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK FLANAGAN; NICOLE CARRILLO; ANDREW C. DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; DAWN LEPORE; GOLDMAN SACHS & CO. LLC; BOFA SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; MORGAN STANLEY & CO. LLC; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS INC.; JEFFERIES LLC; UBS SECURITIES LLC; WILLIAM BLAIR & COMPANY, L.L.C.; JMP SECURITIES LLC; PIPER SANDLER & CO.; RAYMOND JAMES & ASSOCIATES, INC.; NOMURA SECURITIES INTERNATIONAL, INC.; and AMERIVET SECURITIES, INC.,<br><br>Defendants. | Case No. 8:21-cv-01449-JLS-JDE<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><u>CLASS ACTION</u><br><br>Date:        September 1, 2023<br>Time:        10:30 a.m.<br>Courtroom:   8A<br>Judge:       Josephine L. Staton |

Lead Plaintiff Arthur Gary LaFrano ("LaFrano" or "Lead Plaintiff") and Additional Plaintiff Adam Doban ("Additional Plaintiff," and together with Lead Plaintiff, "Plaintiffs"), on behalf of themselves and the Settlement Class respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement.

PLEASE TAKE NOTICE that on September 1, 2023, or such date as determined by the Court, in the United States District Court for the Central District of California, Plaintiffs will and hereby do move the Court for an order: (i) certifying the Settlement Class for settlement purposes only, appointing Plaintiffs as class representatives, and appointing Pomerantz LLP as class counsel; (ii) preliminarily approving the proposed Settlement of this class action; (iii) approving the parties' proposed form and method of notifying the Settlement Class of the action and the proposed Settlement and directing that such notice be disseminated to the Settlement Class; (iv) setting deadlines for Settlement Class members to exercise their rights in connection with the proposed Settlement; and (v) setting a hearing on whether the Court should grant final approval of the Settlement, dismiss claims against Defendants, approve the release of claims against all released parties, enter judgment, and award attorneys' fees and expenses to Lead Counsel and awards to Plaintiffs. This motion is based upon the Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, all records and papers on file in this action, and any argument offered at a hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 19, 2023. Defendants do not oppose the relief sought by this motion. As this motion is unopposed, Plaintiffs respectfully request that the Court grant the motion without a hearing.

Dated: July 26, 2023

**POMERANTZ LLP**

By: */s/ Jonathan D. Park*
Jeremy A. Lieberman
jalieberman@pomlaw.com
Jonathan D. Park (*Pro Hac Vice*)
jpark@pomlaw.com
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

Jennifer Pafiti
jpafiti@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190

*Counsel for Lead Plaintiff Arthur Gary LaFrano, Additional Plaintiff Adam Doban, and Lead Counsel for the Class*

**THE SCHALL LAW FIRM**

Brian Schall, Esq. (SBN 290685)
brian@schallfirm.com
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (310) 301-3335

*Additional Counsel for Lead Plaintiff Arthur Gary LaFrano and the Class*