UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  8:21-cv-01449-JLS-JDE | Date: October 05, 2023 |
| Title:  Eljon Lako v. Loandepot, Inc. et al | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER RE: FILING PROPOSED SETTLEMENT AGREEMENT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL (Doc. 109)**

The Central District's Local Rules provide that "[f]actual contentions involved in any motion . . . shall be presented, heard, and determined upon declarations and other *written evidence*."  L.R. 7-6 (emphasis added).  Here, Plaintiffs represent in their motion that "both sides accepted . . . and memorialized" a settlement agreement "in a term sheet executed on June 26, 2023" (Doc. 110 at 4), but Plaintiffs do not provide a copy of the settlement agreement in support of their motion (*see* Docs. 109–111).  Without a copy of the settlement agreement, the Court cannot determine whether the proposed settlement is "fair, reasonable, and adequate."  Fed. R. Civ. P. 23(e)(2).  Therefore, the Court orders Plaintiffs to file a declaration attaching a copy of the settlement agreement as an exhibit by **the end of the day tomorrow**.

Initials of Deputy Clerk: gga