POMERANTZ LLP
Jennifer Pafiti (SBN 282890)
jpafiti@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190

*Counsel for Lead Plaintiff Arthur Gary LaFrano,*
*Additional Plaintiff Adam Doban, and*
*Lead Counsel for the Class*

[additional counsel on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GARY LAFRANO and ADAM DOBAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK FLANAGAN; NICOLE CARRILLO; ANDREW C. DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; DAWN LEPORE; GOLDMAN SACHS & CO. LLC; BOFA SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; MORGAN STANLEY & CO. LLC; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS INC.; JEFFERIES LLC; UBS SECURITIES LLC; WILLIAM BLAIR & COMPANY, L.L.C.; JMP SECURITIES LLC; PIPER SANDLER & CO.; RAYMOND JAMES & ASSOCIATES, INC.; NOMURA SECURITIES INTERNATIONAL, INC.; and AMERIVET SECURITIES, INC.,<br><br>Defendants. | Case No. 8:21-cv-01449-JLS-JDE<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><u>CLASS ACTION</u><br><br>Date:        April 19, 2024<br>Time:        10:30 a.m.<br>Courtroom:   8A<br>Judge:       Josephine L. Staton |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that pursuant to the Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 128), on April 19, 2024 at 10:30 a.m., before the Honorable Josephine L. Stanton, United States District Judge for the Central District of California, located at 350 W. First Street, Courtroom 8A, 8th Floor, Los Angeles, CA 90012, Lead Plaintiff Arthur Gary LaFrano ("LaFrano" or "Lead Plaintiff") and Additional Plaintiff Adam Doban ("Additional Plaintiff," and together with Lead Plaintiff, "Plaintiffs") will and hereby do move this Court, for entry of an order granting: (i) final certification of the proposed Settlement Class for settlement purposes only; (ii) final approval of the proposed Settlement and the plan to allocate the settlement proceeds; and (iii) final approval of the form, manner, and content of the notice of the Settlement that was delivered to the Settlement Class. |

Plaintiffs base this motion upon the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, the Declaration of Jonathan D. Park and all exhibits attached thereto, the Declaration of Elise Murasso and all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Plaintiffs make this motion following the conference of counsel pursuant to Local Rule 7-3, conducted on March 15, 2024.

| | |
|---|---|
| Dated: March 15, 2024 | **POMERANTZ LLP**<br><br>By: *s/ Jonathan D. Park*<br>Jeremy A. Lieberman<br>jalieberman@pomlaw.com<br>Jonathan D. Park (*Pro Hac Vice*)<br>jpark@pomlaw.com<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665<br><br>Jennifer Pafiti<br>jpafiti@pomlaw.com<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, California 90024<br>Telephone: (310) 405-7190<br><br>*Counsel for Lead Plaintiff Arthur Gary LaFrano, Additional Plaintiff Adam Doban, and Lead Counsel for the Class*<br><br>**THE SCHALL LAW FIRM**<br><br>Brian Schall, Esq. (SBN 290685)<br>brian@schallfirm.com<br>2049 Century Park East, Suite 2460<br>Los Angeles, California 90067<br>Telephone: (310) 301-3335<br><br>*Additional Counsel for Lead Plaintiff Arthur Gary LaFrano and the Class* |