**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
 *fbottini@bottinilaw.com*
Albert Y. Chang (SBN 296065)
 *achang@bottinilaw.com*
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:(858) 914-2001
Facsimile: (858) 914-2002

*Attorneys for Plaintiff Eljon Lako*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR GARY LAFRANO and ADAM DOBAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>LOANDEPOT, INC.; ANTHONY HSIEH; PATRICK FLANAGAN; NICOLE CARRILLO; ANDREW C. DODSON; JOHN C. DORMAN; BRIAN P. GOLSON; DAWN LEPORE; GOLDMAN SACHS & CO. LLC; BOFA SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; MORGAN STANLEY & CO. LLC; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS INC.; JEFFERIES LLC; UBS SECURITIES LLC; WILLIAM BLAIR & COMPANY, L.L.C.; JMP SECURITIES LLC; PIPER SANDLER & CO.; RAYMOND JAMES & ASSOCIATES, INC.; NOMURA SECURITIES INTERNATIONAL, INC.; and AMERIVET SECURITIES, INC.,<br>                    Defendants. | Case No. 8:21-cv-1449-JLS-JDE<br><br>Class Action<br><br>**Plaintiff Eljon Lako's Notice of Appeal**<br><br>Judge: Hon. Josephine L. Staton |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, under 28 U.S.C. § 1291, plaintiff Eljon Lako appeals to the United States Court of Appeals for the Ninth Circuit from:

- the Judgment (Dkt. No. 153), entered May 24, 2024 (attached as Exhibit A);
- the Order Granting Class Counsel's Motion for Approval of Class Action Settlement and Granting in Part Class Counsel's Motion for Attorneys' Fees, Costs and Service Awards (Dkt. No. 148), entered May 19, 2024 (attached as Exhibit B);
- the Order Preliminarily Approving Settlement and Providing for Notice (Dkt. No. 128), entered January 5, 2024 (attached as Exhibit C); and
- the Order Conditionally Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 126), entered December 8, 2023 (attached as Exhibit D).

In compliance with Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2, plaintiff submits the attached Representation Statement (Exhibit E).

DATED: June 18, 2024

Respectfully submitted,

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
  *fbottini@bottinilaw.com*
Albert Y. Chang (SBN 296065)
  *achang@bottinilaw.com*

s/ *Francis A. Bottini, Jr.*
  Francis A. Bottini, Jr.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

*Attorneys for Plaintiff Eljon Lako*

Plaintiff Eljon Lako's Notice of Appeal