UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-01449-JLS-JDE                                    Date: March 31, 2026
Title:  Eljon Lako v. Loandepot, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Kelly Davis  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISTRIBUTION OF ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE AWARDS**

        Plaintiffs have filed a Motion for Distribution of Class Settlement Funds.  (Mot., Doc. 159.)  The Court cannot determine from the briefing whether attorneys' fees, litigation costs, or class representative service awards have already been distributed from the Settlement Fund.  Thus, the Court ORDERS Plaintiffs to file a declaration on or before **April 2, 2026**, stating whether these awards have been distributed.

                                                                        Initials of Deputy Clerk: kd